KC FILED
FEB 27 2006
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**United States District Court For the Northern District, Eastern Division**

Steven Lang )  Judge
      Plaintiff )
) **06CV1058**
) **JUDGE KENNELLY**
v. ) **MAG. LEVIN**
)
ChexSystems and )
Chase Bank   Defendants )
                              Jury Trial Demanded

Complaint For violations of The Fair Credit Reporting Act, (FCRA), 15 U.S.C § 1681, § 607(b), § 611(5) (A)

**Now Comes** Steven Lang, Plaintiff Before the Honorable United States District Court For the Northern District, Eastern Division and file this complaint of violations of federal law by the above Defendants.

The Plaintiff States that:

1. The United States District Court has subject matter jurisdiction in this action under (FCRA) 15 U.S.C § 1681.
2. The Plaintiff, Steven Lang, is a U.S citizen who lives at 20 W. 109th Street, Chicago IL, 60628.
3. ChexSystems is a credit reporting agency located in Woodbury, Minnesota.
4. Chase Bank has bank offices located in Chicago Ill.
5. ChexSystems failed to follow reasonable procedures to assure maximum possible accuracy of information it reported about the plaintiff in its reports to banks and financial institutions.
6. This conduct caused ChexSystems to violate (FCRA) 15 U.S.C § 607(b).
7. The Plaintiff informed ChexSystems, on a number of occasions that the information in his consumer report was inaccurate and incomplete.
8. The Plaintiff requested investigation and reinvestigation of inaccurate and incomplete information, exhausting all alternative remedies to this matter provided by the Fair Credit Reporting Act.
9. ChexSystems admitted, in its report, that its information is incomplete and therefore inaccurate.
10. Plaintiff requested a reinvestigation and informed ChexSystems that the information was incomplete.
11. ChexSystems reinvestigated and was unable to obtain complete and accurate information and continued to state that its information was incomplete.
12. ChexSystems did not delete this incomplete information

13. This conduct caused ChexSystems to violate The Fair Credit Reporting § 611(5)(A).
14. Plaintiff opened a checking account at Chase Bank on February 3, 2006.
15. On February 13, 2006 Chase Bank took negative action against Plaintiff's checking account based on information from ChexSystems.
16. Plaintiff's assets were frozen by Chase Bank and ChexSystems actions.
17. Plaintiff suffered stress, humiliation, defilation of character and financial harm.
18. ChexSystems and Chase Banks action was proximate cause of injury to Plaintiff.
19. Chase Bank was the Plaintiff's fiduciary agent.
20. Chase Bank had a duty to the Plaintiff.
21. Chase Bank acted on incomplete information Provide by ChexSystems.
22. The incompleteness of this information was facie premia.
23. Chase Bank breached its duty to the Plaintiff.
24. The Plaintiff was humiliated and financially harmed.
25. Chase Bank's and ChexSystems' Fair Credit Reporting Act Negligence was proximate cause of Plaintiff's injury.

Wherefore, Plaintiff prays for a judgment in the amount of $100,000 together with the costs and disbursements of this action.

Plaintiff demands trial by jury.

Plaintiff, Steven Lang
Pro Se
20 W. 109th Street
Chicago Ill, 60628