KC **FILED**

FEB 2 7 2006

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: STEVEN LANG
(Please print)

STREET ADDRESS: 20 W. 109th St

CITY/STATE/ZIP: Chicago IL 60628

PHONE NUMBER: (773) 785-3902

CASE NUMBER: 06CV1058
JUDGE KENNELLY
MAG. LEVIN

Signature

Date: 2-27-06