# United States District Court For the Northern District, Eastern Division

Steven Lang ) Judge Honorable Matthew F. Kennelly
    Plaintiff ) Case # 06 C 1058
)
)
v. ) **FILED**
)
Chex Systems, Inc., a Minnesota
Corporation, TCF National Bank and NOV 28 2006
Washington Mutual Bank
    Defendants ) MICHAEL W. DOBBINS
CLERK, U. S. DISTRICT COURT

### Motion for Permission to Appeal in Forma Pauperis

Now Comes Steven Lang, and request permission to appeal court orders entered on November 13 and 14 of 2006 in the United States District Court for the Northern District, Eastern Division, granting Defendants TCF National Bank and Washington Mutual Bank Motions to dismiss pursuant to a right to private action under 15 U.S.C. § 1681s-2(b). The Plaintiff request permission to appeal in Forma Pauperis pursuant to 28 U.S.C. § 1915(a), and Fed R. App. 24 for the following reasons:

1. Plaintiff can not pay filling fees because plaintiff is unemployed at this time.

2. The United States Court of Appeals for the Seventh Circuit has jurisdiction to hear appeals from the District Court for the Northern District, Eastern Division of Illinois.

3. A Federal question pertaining to the Fair Credit Reporting Act is at issue and the court's decision is far reaching.

4. Plaintiff allege that the court error in granting defendants' motions to dismiss because a private right to action is available under 15 U.S.C. 1681s-2(b)

5. Congress did not intend to shield furnishers of information from private litigation under the Fair Credit Reporting Act title 15 U.S.C. 1681s-2(b).

6. Denial of a private right under title 15 U.S.C. is a violation of the fourteenth amendment of the U.S. constitution.

Wherefore, the plaintiff humbly request permission to appeal in Forma Pauperis.

Steven Lang, Pro Se

20 W. 109th Street

Chicago Ill 60628