## United States District Court For the Northern District, Eastern Division

| | |
|---|---|
| Steven Lang ) | Judge Honorable Matthew F. Kennelly |
| Plaintiff ) | Case # 06 C 1058 |
| ) | |
| v. ) | **FILED** |
| ) | NOV 28 2006 |
| Chex Systems, Inc., a Minnesota ) | |
| Corporation, TCF National Bank and | MICHAEL W. DOBBINS |
| Washington Mutual Bank | CLERK, U. S. DISTRICT COURT |
| Defendants | |
| | Jury Trial Demanded |

To: David J. Frankel, Esq.
Sorman and Frankel, Ltd
203 North LaSalle Street, Suite 2350
Chicago, Illinois 60601

### Notice of Motion

Please Take Notice that on the 26th day of December, 2006, the undersigned will appear in the Courtroom of the Honorable Judge Matthew F. Kennelly of the United States District Court for the Northern District of Illinois, Eastern Division, Courtroom 2103 located at 219 South Dearborn Street, Chicago Illinois 60604, and then and there present the Plaintiff's Motion requesting permission to appeal. See attached.

Respectfully submitted,
Steven Lang, Pro Se

By _____
Steven Lang

Steven Lang
20 W. 109th Street
Chicago Illinois, 60628

## Certification of Service

The undersigned certifies and state that I caused the foregoing Notice of Motion and Motion of Plaintiff, Steven Lang to be served upon the above listed parties by placing a copy in an envelope, properly address, and proper postage affixed thereon and depositing it in the United States Mail.

Steven Lang, Plaintiff

By _____
Plaintiff, Pro Se