

# United States District Court For
## The Northern District of Illinois
### Eastern Division

| | | |
|---|---|---|
| Steven Lang | ) | Judge Honorable Matthew F. Kennelly |
|      Plaintiff | ) | Case # 06C 1058 |
| | ) | |
| | ) | **FILED** |
| v. | ) | |
| | ) | |

ChexSystems, Inc., a Minnesota
Corporation, TCF National Bank and
Washington Mutual Bank

     Defendants

SEP - 8 2008
Sep 8, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Jury Trial Demanded

### Plaintiff's Response to Defendant TCF National Bank, N.A's
### Motion for Summary Judgment

Now Comes, Plaintiff Steven Lang and move this Honorable Court to deny the

Defendant TCF National Bank's Motion for Summary Judgment, because TCF National

Bank did not reasonably investigate the Plaintiff's dispute that "he did not owe TCF

National Bank any money." The Defendant failure to investigate the real issue of the

dispute is a clear violation of the Fair Credit Reporting Act. TCF National Bank only

addressed the issues of the Plaintiff's overdrafts. The Plaintiff's dispute was, specifically,

that TCF National Bank reported that the Plaintiff had two or three unpaid closed

accounts. The Plaintiff had no unpaid closed accounts. It is unreasonable to investigate

the wrong issues or a non issue and expect to assure maximum accuracy in credit

reporting. Furthermore, the Plaintiff suffered damages, because he was unable to open a

bank account due to the reporting of unpaid accounts by TCF National Bank. Moreover, it was the inaccurate reporting of the unpaid accounts that caused the plaintiff injury.

## Introduction

The Defendant's attempt to present evidence that the Plaintiff had 40 overdraft and eight returned checks, that were all paid, is in violation of Fed. R. Evid.. 403. This information is irrelevant to the inaccurate reporting of 3 unpaid closed accounts and is offered only to prejudice the Court. Furthermore, it has no probative value, because this information is not reported to other banks on ChexSystems' Fraud Finder report. The Defendant did not properly investigate the real issue and failed to properly frame the issue in their Motion for Summary Judgment. The issue is; whether a bank can legally continue to report an account that has been paid as unpaid after the error has been legally brought to their attention under the Fair Credit Reporting Act without properly investigating it and still comply with the regulations of the Fair Credit Reporting Act. The rule is: A person shall not furnish any information relating to a consumer to any consumer reporting agency if the person knows or consciously avoids knowing that the information is inaccurate. 15 U.S.C. § 1681s-2. Furthermore, a person shall not furnish information relating to a consumer to any consumer reporting agency if- (i) the person has been notified by the consumer, at the address specified by the person for such notice, that specific information is inaccurate; and (ii) the information is in fact inaccurate. 15 U.S.C. § 1681s-2. (B). Moreover, a person who regularly and in the ordinary course of business furnishes information to one or more consumer reporting agencies about the person's transactions or experiences with any consumer; and has furnished to a consumer

2

reporting agency information that the person has determined is not complete or accurate, shall promptly notify the consumer reporting agency of that determination and provide to the agency any corrections to that information or any additional information, that are necessary to make the information provided by the person to the agency complete and accurate.

## Statement of the Facts

1. The Plaintiff legally reported a specific dispute that he "did not owe TCF National Bank any money." See exhibit A.

2. TCF National Bank reported that the Plaintiff has three unpaid closed accounts. See exhibit B.

3. The Plaintiff did not have any unpaid accounts with TCF National Bank. See exhibit C.

4. The Defendant knew that the Plaintiff did not owe them any money. See exhibit C.

5. TCF National Bank is aware of the Plaintiff's specific dispute that he "does not owe the bank any money, because the case has been litigated for over two years. However, TCF National Bank continues to report that the Plaintiff has two unpaid closed accounts See exhibit B.

6. Plaintiff's account with TCF National Bank was settled when Plaintiff opened a new account on July 14, 2005. See exhibit F.

7. TCF National Bank admits that it is their practice and routine to open up an account for a customer who owes money on an old account to collect their money. See exhibit G.

## Argument

TCF National Bank's reporting of three unpaid closed accounts caused injury to the Plaintiff by impeding the Plaintiff's ability to open a checking account. On 4/22/08, TCF National Bank reported that the Plaintiff had three unpaid closed accounts to the Bank of Fall River. The Plaintiff was denied an account at the Bank of Fall River, Sovereign Bank and Bank Five based on the information in the ChexSystems E Funds (Fraud Finder) report. It is reasonable that a bank could foresee, with substantial certainty, that the reporting of three "unpaid closed accounts" would prevent a consumer from opening an account at another bank.

An actors conduct is the legal cause of harm to another if his conduct is a substantial factor in bringing about the harm, and there is no rule of law relieving the actor from liability because of the manner in which his negligence or willful conduct has resulted in the harm. Restatement of Torts 2d § 431. The reporting of three unpaid closed accounts on ChexSystem's report is a substantial factor in the Plaintiff being denied an account at the Bank of Fall River. See exhibit B. Furthermore, the reporting of three unpaid closed accounts is a cause that would naturally led to and which might have been expected to produce the result of impeding the Plaintiff from opening an account at another bank. Watson v. Kentucky and Indiana Bridge and R.R., 126 S.W. 146(Ky. 1910).

## Damages

TCF National Bank's conduct prevented the Plaintiff from opening up an account at the Bank of Fall River. See exhibit B. Furthermore, TCF National Bank prevented the Plaintiff from opening any account between the periods of February 13, 2006 to 5/19/2008, when it added a statement on ChexSysctem's E fund report indicating that

"any amounts owed have been paid." See exhibit C and F. Moreover, TCF National Bank still have not updated its information because it is still reporting three unpaid closed accounts" See exhibit C. The Plaintiff's inability to cash checks impedes his ability to work because he can not cash a paycheck. This is different from finding a job. The Plaintiff does not claim that he can not get a job because of TCF National Bank's conduct, but that he can not cash a paycheck which takes away from the purpose of having a job.

## Punitive Damages

"Any person who willfully fails to comply with any requirement imposed under this subchapter with respect to any consumer is liable to the consumer in an amount of punitive damages as the court may allow." 15 U.S.C. § 1681n. TCF National Bank was made aware that the Plaintiff, specifically, disputed the fact that he owed money to TCF National Bank throughout the two years of litigation during this case. See exhibit H (Plaintiff's First Response to Interrogatories), Because of information provided to the Defendant during discovery, the Defendant knew that the Plaintiff's specific complaint was that "he did not owe the bank any money." See exhibit H. TCF National Bank continues to report that the Plaintiff has "three unpaid closed accounts." See exhibit B. TCF National Bank knew that the Plaintiff had no unpaid closed accounts. See exhibit C. However, TCF National Bank refuses to update its records. See exhibit C. The Defendant TCF National Bank voluntary and intentionally disregarded its legal duty to update the Plaintiff's account record with ChexSystems. See exhibit C.

Wherefore, the Plaintiff humbly requests that this honorable Court deny the Defendant's

Motion for Summary Judgment.

Steven Lang, Plaintiff

47 St Joseph St
Fall River, MA 02723

SEP-29-2005 09:52P FROM:                          TO:16026592197        P.1


# ChexSystems

## CONSUMER REQUEST FOR REINVESTIGATION

ChexSystems will reinvestigate any item listed in your consumer report that you believe may be inaccurate or incomplete. In order for a reinvestigation to be initiated, please complete this form and mail it to ChexSystems, Attn: Consumer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN. 55125 or fax it to 602-659-2197. ChexSystems will contact the source of the information to notify them of your dispute and will inform you of the results of the reinvestigation by mail within approximately 30 days. In order for us to perform a complete reinvestigation, please provide all of the following information:

### SECTION 1 – CONSUMER PERSONAL IDENTIFIERS

Consumer ID (obtain from consumer report): _____

Full Name: *STEVEN LANG*        Social Security Number: _____

Drivers License Number: _____    State of Issuance: *IL*

Business Name (if applicable): _____    Tax ID#: _____

Current Address: *20 W. 109th ST*

### SECTION 2 – REQUEST FOR REINVESTIGATION

If disputing multiple items please provide the information below for each disputed item. Use additional paper if needed.

1. Source of Disputed Information: *WASHINGTON MUTUAL BANK*
   Account number: _____    Date listed on disputed item: *11-24-04*

2. Source of Disputed Information: *TCF NATIONAL BANK - ILLINOIS*
   Account number: _____    Date listed on disputed item: *12/03/03*

3. Source of Disputed Information: _____
   Account number: _____    Date listed on disputed item: _____

4. Source of Disputed Information: _____
   Account number: _____    Date listed on disputed item: _____

Nature of dispute:
Please provide a detailed explanation of your specific dispute of each item. Use additional paper if needed.
*The information on your report is inaccurate and should be removed. I owe no money to any of the institutions listed above. Please correct your information.*

Consumer Signature                              Date *9/29/05*

EXHIBIT
A

# ChexSystems

## CONSUMER REQUEST FOR REINVESTIGATION

ChexSystems will reinvestigate any item listed in your consumer report that you believe may be inaccurate or incomplete. In order for a reinvestigation to be initiated, please complete this form and mail it to ChexSystems, Attn: Consumer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN, 55125 or fax it to 602-659-2197. ChexSystems will contact the source of the information to notify them of your dispute and will inform you of the results of the reinvestigation by mail within approximately 30 days. In order for us to perform a complete reinvestigation, please provide all of the following information:

### SECTION 1 – CONSUMER PERSONAL IDENTIFIERS

Consumer ID (obtain from consumer report): _16212991_

Full Name: _STEVEN LANG_ Social Security Number: _345 62 1475_

Drivers License Number: _L520-7816-1331_ State of Issuance: _IL_

Business Name (if applicable): _____ Tax ID#:___-___ _____

Current Address: _____

### SECTION 2 – REQUEST FOR REINVESTIGATION

If disputing multiple items please provide the information below for each disputed item. Use additional paper if needed.

1. Source of Disputed Information: _____
Account number: _KIN 26318404 8_ Date listed on disputed item: _11-24-04_

2. Source of Disputed Information: _____
Account number: _____ Date listed on disputed item: _____

3. Source of Disputed Information: _____
Account number: _____ Date listed on disputed item: _____

4. Source of Disputed Information: _____
Account number: _____ Date listed on disputed item: _____

Nature of dispute:
Please provide a detailed explanation of your specific dispute of each item. Use additional paper if needed.

_your information is incorrect and in violation of the fair reporting credit act. I have informed you that your information is incorrect and you have not removed it. I'm sending you a letter in support of my dispute._

_____

_____

_____ Consumer Signature

Date: _1-31-06_

A



|  |  |  |  |
|---|---|---|---|
| **Stored Reports** | **Enter Verifications** | **User Maintenance** | **Log off** |

### Report

**Consumer Information (As Entered)**
**Steven A Lang**
**47 Saint Joseph Street**
**Fall River MD 02723**

Phone: (508) redacted
Passport No : :9
Country of Citizenship: US

SSN: redacted
DOB:
DL#:L
**DL STATE:**IL

Country:

**Id Verification Summary**
**ID Match:**                                            FAILED

**OFAC Indicator:**                                  PASSED

**Id Verification Detail**
**SSN Match:**                                          PASSED

**Name Match:**                                        PASSED

**Address Match:**                                    FAILED

**Date of Birth Match:**                          PASSED

**Phone Match:**                                       PLEASE VERIFY

**License Match:**                                    PLEASE VERIFY

**Additional Information**
**Deceased:**                                            NO
**Minor:**                                                  NO
**DOB after SSN end issue date:**          NO

**Criminal Check:**              Criminal Record Not Found

**Bankruptcy Check:**          Bankruptcy Record Found  DETAILS

### QualiFile Report
Information below this line should be considered a consumer report and permissible purpose is
required to view.

**Account Actions**
**Action:**                                REVIEW
**Recommended Actions:**

**Product Offer**



| Product | Limits | A.P.R. |
|---|---|---|

**QualiFile Detail**
QualiFile Score: 0000          Reason: 1A DDA CLOSURE(S)
                                              1G INQUIRY ACTIVITY
                                              1B RECENT INQUIRY ACTIVITY

                                              1E RETAIL ITEM(S)
Credit Score: 0000          Reason:

**ChexSystems History**
**Previous Inquiries:**                    01 previous inquiries by 01 FI(s)

**Closures:**
Total Number of Closures:                    3
Disputed Closures:002 Paid Closures:000 Unpaid Closures:003

**MOST SEVERE CLOSURE DETAIL:**
Original Charge-Off Amount: $0000425.53

**Category:** ACCOUNT ABUSE
**Reason:** NON-SUFFICIENT FUNDS(NSF) ACTIVITY

**Reported Information:**                    Reported on 08/30/06.
SSN: redacted                                      TCF NATIONAL BANK - ILLINOIS
STEVEN A LANG                                      REPORTING OFFICE/ILLINOIS
20 W 109TH ST                                        800 JOLIET ROAD
CHICAGO, IL 606283406                          WILLOWBROOK, IL 60527

                                                              NOTE * THERE IS NO RETAIL
**Retail:**                                              INDICATOR

**Reference Detail**
Debit Bureau Ref#:          17B536083409
Transaction Tracking ID: 1170691282992:430468:PHXID066_P1;

### Adverse Action Form
○ Approve Application ○ Decline Application

Data Practices      Internet Privacy      Terms and Conditions

© 2002, 2003 eFunds Corporation. All rights reserved.

Help & Training    eFunds.com    Contact eFunds

eFUNDS                                     Qualifile Classic

| Stored Reports | Enter Verifications | User Maintenance | Log off |

### ID Report Results - 55644323 (Consumer signers)

| Batch ID | | Verifier | Verify Date/Time | Name | Ofac Check | ID Check | |
|---|---|---|---|---|---|---|---|
| 0 | 0 | Veronica Sampson | 2007-02-05 10:01:27.0 | Steven A Lang | PASSED | FAILED | Details |

### ID Report Results - 55644323 (Business signers)

### NO DATA AVAILABLE

Data Practices    Internet Privacy    Terms and Conditions

© 2002, 2003 eFunds Corporation. All rights reserved.

ID Verification



|  | Help & Training | eFunds.com | Contact eFunds |
|---|---|---|---|
|  |  |  | BANKFIVE – MAIN OFFICE 79 NORTH MAIN STREET FALL RIVER, MASSACHUSETTS, 02720 |

| Stored  Reports | Enter Inquiry | Log off |
|---|---|---|

**Report**

**Consumer Information (As Entered)**
steven s lang
47 st joseph street
fall river MA 02723

**SSN:**3 redacted
**DOB:**1
**DLR:**s
**DL STATE:**MA

Phone: (508) redacted
Country of Citizenship: US

| Id Verification Summary | |
|---|---|
| ID Match: | FAILED |
| OFAC Indicator: | PASSED |
| Id Verification Detail | |
| SSN Match: | PASSED |
| Name Match: | PASSED |
| Address Match: | FAILED |
| Date of Birth Match: | PASSED |
| Phone Match: | PLEASE VERIFY |
| License Match: | PASSED |
| Additional Information | |
| Deceased: | NO |
| Minor: | NO |
| DOB after SSN end issue date: | NO |

| Criminal Check: | Criminal Record Not Found |
|---|---|
| Bankruptcy Check: | Bankruptcy Record Found  DETAILS |

**QualiFile Report**
Information below this line should be considered a consumer report and permissible purpose is required to view.

**Account Actions**
Action: REVIEW
Recommended Actions:

| Product Offer | | |
|---|---|---|
| Product | Limits | A.P.R. |

**QualiFile Detail**
QualiFile Score: 0000   Reason:1A DDA CLOSURE(S)
                              1G INQUIRY ACTIVITY
                              1B RECENT INQUIRY ACTIVITY

Credit Score: 0000   Reason:

ID Verification                                                          Page 2 of 2

**ChexSystems History**
**Previous Inquiries:**                              02 previous inquiries by 02 FI(s)

**Closures:**
**Total Number of Closures:**                              3
Disputed Closures:002 Paid Closures:001 Unpaid Closures:002

**MOST SEVERE CLOSURE DETAIL:**
ANY AMOUNTS OWED HAVE BEEN PAID
Original Charge-Off Amount: $0000426.53
Amount Paid in Full Date: 20070413

**Category: ACCOUNT ABUSE**
**Reason: NON-SUFFICIENT FUNDS(NSF) ACTIVITY**

**Reported Information:**                    **Reported on 08/30/06**
SSN:redacted                                TCF NATIONAL BANK - ILLINOIS
STEVEN A LANG                               REPORTING OFFICE/ILLINOIS
20 W 108TH ST                               500 JOLIET ROAD
CHICAGO, IL 608283406                       WILLOWBROOK, IL 60527

**Retail:**                                 **NOTE * THERE IS NO RETAIL INDICATOR**

**Reference Detail**
Debit Bureau Ref#:    18EJ40436362
Transaction Tracking ID: 1211213636037:25607:PHXID066_P1;

○ Approve Application ○ Decline Application

Adverse Action Form

Data Practices    Internet Privacy    Terms and Conditions

© 2002, 2003 eFunds Corporation. All rights reserved.

 **Sovereign Bank**

## Notice of Adverse Action Based on Information Contained in Consumer Report

**Date of Notice:** 05/19/2008
**Name:** STEVEN A. LANG
**Address:** 47 ST. JOSEPH ST
**City, State, Zip:** FALL RIVER, MA. 02723

We regret we cannot open your account and/or add your name as an owner/signer to an account.

In evaluating your application, the following consumer reporting agency provided us with information in whole or in part that influenced our decision. The agency did not make the decision to deny your account application and is unable to provide you with specific reasons why the decision was made.

| | You have rights under state and federal laws. Included in these rights are: <br> ⇨ The right to obtain a free copy of your consumer report if you make such a request to the consumer reporting agency within 60 days of your receipt of this notice; and <br> ⇨ The right to dispute the completeness or accuracy of any information contained in such report by notifying the consumer reporting agency directly of your dispute. |
|---|---|
| **ChexSystems** | You may contact ChexSystems providing the information requested on this form via: <br> ⇨ www.consumerdebit.com/ <br> ⇨ telephone at 1-800-428-9623 using their voice messaging system <br> ⇨ mail at ChexSystems, Attn: Consumer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125. |

**Instructions**
Please provide a completed copy of this form when contacting the consumer reporting agency by mail or fax to enable the request for your report to be processed. Complete all applicable fields.

| Last name: | | |
|---|---|---|
| First name: | Middle name: | |
| Other last names used: | | |
| Current address: | | Apt #: |
| City: | State: | Zip: |
| Telephone: | Date of Birth: | |
| Social Security Number: | | |
| U.S. Driver's License number: | State of Issuance: | |
| Any previous addresses used in the past five years (include any PO Boxes): | | |

| List the following items for any business/organization account you have been an authorized signer on in the past 5 years: | |
|---|---|
| • Name: | • Title: |
| • Address: | • Taxpayer ID: |
| **Signature** | **Date** |

**Bank Use Only**
On-Site Program Use Only:  Check Enclosed: ☐ Yes ☐ No

Effective 10/2001
Revised 03/07/2008

**D**

## NOTICE OF ACTION BASED ON INFORMATION CONTAINED IN A CONSUMER REPORT

We regret we cannot open your account today due to information received from Chex Systems, Inc., a consumer-reporting agency. ChexSystems did not make the decision to disapprove your account application and is unable to provide you with specific reasons why the decision was made.

You have rights under state and federal laws. Included in these rights are:
- the right to obtain a free copy of your ChexSystems consumer report if you make such a request to ChexSystems within 60 days of your receipt of this notice; and
- the right to dispute the completeness or accuracy of any information contained in such report by notifying ChexSystems directly of your dispute.

You may contact ChexSystems:by visiting their web site at www.chexhelp.com, by telephone using their Voice Response Unit at **800-428-9623**, by mail at **ChexSystems, Attn: Consumer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125**; or by fax at **602-659-2197**

*TO ENABLE CHEXSYSTEMS TO PROPERLY ASSIST YOU, YOU WILL NEED TO SUPPLY THEM WITH THE INFORMATION REQUESTED BELOW AND/OR ON THE REVERSE SIDE. PLEASE COMPLETE THIS FORM.*

525-9708

**To enable ChexSystems to properly assist you, please provide them with the following information.**

Name 1 _____
     (Last Name)                   (First Name)            (Middle Name)

Maiden Name or Other Last Names Used _____

Social Security Number _____-____-_____ Birth date _____ Home Phone # (____)_____
                                        (mo/day/yr)

Drivers License Number _____ State of Issuance _____

Name 2 _____
     (Last Name)                   (First Name)             (Middle Name)

Maiden Name or Other Last Names Used _____

Social Security Number _____-____-_____ Birth date _____ Home Phone # (____)_____
                                          (mo/day/yr)

Drivers License Number _____ State of Issuance _____

Current Address _____
              Number & Street     Apt. #     P.O. Box     City     State   Zip Code
        **ChexSystems will correspond with you at the above address unless you request otherwise**

Any Previous Addresses Used By Name 1 or 2 In The Past Five Years (include any P.O. Boxes):
Number & Street          P.O. Box         City     State     Zip Code

_____

_____

List Name, Tax ID # & Address of Any Business/Organization Accounts Name 1 or 2 Has Signed On in the Past Five Years:
Business Name       Your Title     Tax ID Number     Business Address

_____

_____

Signature(s):  1_____  2_____

E

# CHASE ⬤

2/13/2006 12:00:00 AM

STEVEN A LANG
7527 S LUELLA
CHICAGO,IL 60649-

RE: Account Number(s)  713329704
                        705985992

Dear STEVEN A LANG,

We appreciate you choosing Chase and we want to continue serving your account needs. However, we've been notified of some problem issues on your consumer report. These issues may create a situation requiring us to discontinue service and close your account.

If you believe the consumer report is in error, you have the right to contact the reporting agency. The report was supplied by ChexSystems, Inc. You can contact them by mailing the enclosed form or calling 1-800-428-9623. You have rights under federal and state laws regarding your consumer report. These rights include:
- ·The right to obtain a free copy of your consumer report if you make such a request to ChexSystems within 60 days of your receipt of this letter.
- The right to dispute the completeness or accuracy of any information contained in such report by notifying ChexSystems directly of your dispute.

Here's what you need to do.
- Contact ChexSystems to find out the nature of the problem.
- After you've contacted ChexSystems, please call me and we'll determine what further steps may be necessary to keep your account open.

**I need to hear from you within 7 business days.**
Unless this problem has been corrected to the bank's satisfaction, your account will be closed 7 business days from the date on this letter. When your account is closed, you should immediately stop writing checks/savings withdrawals. Any checks/savings withdrawals that we receive after the closing date will be marked "Account Closed" and returned. Also, you should stop using any ATM/Debit cards associated with this account and destroy them immediately. Any balance remaining in the account will be sent to you approximately 7 business days after the closing date.

I encourage you to contact ChexSystems and resolve these outstanding issues. If you have any questions or need further assistance, please call 1-800-688-8738, 8:00 a.m. through 7:00 p.m. (EST) Monday through Friday.

Jayne Payne
JP Morgan Chase Bank, NA

*Representantes en Español estan disponibles para alludarle de Lunes a Viernes de 8:00 de la mañana a 5:00 de la tarde.*

Member FDIC

032508x2[1]

1

```
 1              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                      EASTERN DIVISION

 3

 4 STEVEN LANG,                    )
                                   )
 5              Plaintiff,         )
                                   )
 6      vs.                        )   No. 06 C 1058
                                   )
 7 CHEXSYSTEMS, et al.,            )   Chicago, Illinois
                                   )   March 25, 2008
 8              Defendants.        )   9:30 a.m.

 9

10              TRANSCRIPT OF PROCEEDINGS
        BEFORE THE HONORABLE MATTHEW F. KENNELLY
11

12 APPEARANCES:

13 For the Plaintiff:        MR. STEVEN LANG, pro se
                             47 St. Joseph Street
14                           Fall River, Massachusetts  02723
                             (774)365-9811
15

16 For Defendant            POLSINELLI, SHALTON, WELTE,
   TCF National Bank:       SUELTHAUS, PC
17                          BY:  MR. JEREMY S. UNRUH
                            180 North Stetson Avenue
18                          Suite 4525
                            Chicago, Illinois  60601
19                          (312) 819-1900

20   Court Reporter:

21

22              CHARLES R. ZANDI, CSR, RPR, FCRR
                    Official Court Reporter
23                  219 S. Dearborn Street
                         Suite 1728
24               Chicago, Illinois  60604
                      (312) 435-5387
25           email: charles_zandi@ilnd.uscourts.gov
```

G

032508x2[1]

1      (Proceedings heard in open court.)

2           THE CLERK:  06 C 1058, Lang versus Chexsystems.

3           MR. UNRUH:  Good morning, Judge.  May it please the

4 Court.  Jeremy Unruh, U-N-R-U-H.  I represent TCF National

5 Bank.

6           MR. LANG:  Good morning, your Honor.  Steven Lang,

7 pro se.

8           THE COURT:  All right.  I've got Mr. Lang's motion to

9 compel with regard to TCF.  Mr. Unruh, do you want to address

10 that with me?

11          MR. UNRUH:  Sure.

12          THE COURT:  Let me just explain one thing, Mr. Lang.

13 The reason there are no 26(a)(1) disclosures, I believe that

14 that requirement does not apply in a case where the plaintiff

15 is pro se -- or where either side is pro se, obviously.  But

16 that's the reason there are no 26(a)(1)s.  That doesn't deal

17 with your question about the interrogatories and requests for

18 production.

19          MR. UNRUH:  As an overriding concern here, Mr. Lang's

20 motion is moot, as my discovery -- TCF's discovery responses

21 were served last Thursday, and a certificate to that effect was

22 filed.  Regarding the propriety of Mr. Lang's motion, I believe

23 this is a dispute as to the calculation of the time in which

24 discovery responses were to be filed.

25          As I understand Mr. Lang's argument, he mailed his

032508x2[1]

1 discovery requests on the 12th. He asserts that I would have
2 been served on the -- that TCF would have been served on the
3 14th. My office received and docketed his requests on the
4 20th. So, by Mr. Lang's math, TCF's responses were due on
5 the 14th of March. By my math --

6          THE COURT: One way or another, you mailed them out
7 last week?

8          MR. UNRUH: Last Thursday.

9          THE COURT: Have you gotten them yet, Mr. Lang?
10          MR. LANG: Yes, your Honor. I got a copy of them
11 yesterday at the discovery -- I mean at the deposition, but --
12 and he's correct. Counsel's correct about giving me the
13 discovery and interrogatories. However, they're not
14 responsive, your Honor, so -- I mean, I asked eight questions
15 in the interrogatories. He objected to all eight of them.

16          It's a simple question. It's not complicated. I
17 asked him: Does the bank generally open up accounts for people
18 who owe them money? That's a yes or no answer. It could be --
19 and he says that it's overbearing and it's ambiguous. And he
20 goes on like this for, you know, eight interrogatories.

21          THE COURT: May I see it? We're going to talk about
22 this right now, because I don't want to make people come back.
23 Just hand it up here. Do you have a copy of whatever it was
24 you submitted, Mr. Unruh?

25          MR. UNRUH: No, Judge, I don't, not with me, but --

o

4

Page 3

032508x2[1]

1           THE COURT:  Let me take a look.

2           MR. UNRUH:  Yeah, please.

3           MR. LANG:  Correction, your Honor.  Overbroad.

4           THE COURT:  Please, just let me read it.

5           MR. LANG:  Sure.

6           THE COURT:  Okay.  There's eight questions.  The last
7 three of them all refer to something called the quote, unquote
8 "2003 overdraft."  And Mr. Unruh's objection on those is that
9 he needs more specification as to exactly what it is you're
10 talking about.

11          That doesn't strike me as unreasonable, and it would
12 seem to me that if you could confer -- you don't have to submit
13 a new interrogatory, but if you could confer with Mr. Unruh and
14 just specify for him in a letter or by sending him a copy of
15 something, circling it on a bank statement or whatever, exactly
16 what it is you're referring to, it sounds like to me that he is
17 going to be in a position to -- you know, to provide you with a
18 further answer to that.

19          On the first five, the first five interrogatories are
20 essentially interrelated.  They all have to do with the
21 circumstances under which and the procedure by which TCF would
22 open a checking account, a new checking account for somebody
23 who is claimed to owe the bank money.  And the answer that's
24 given to interrogatory 1 -- besides the objection, there's an
25 answer given to interrogatory 1 that's incorporated in the

□

5

032508x2[1]

1 others.  It says, "We need an application, account agreement, a
2 signature card, and an initial deposit."

3          I would take that answer, Mr. Unruh, as saying that
4 there is no difference in opening a checking account as between
5 somebody who does not owe the bank a debt and somebody who does
6 owe the bank a debt.

7          MR. UNRUH:  You would interpret that as precisely
8 TCF's lack of policy on that matter, that's absolutely correct.

9          THE COURT:  In other words, what you're saying is
10 that the bank doesn't have any special or different
11 requirements for opening a checking account when a person has a
12 debt at the bank?

13          MR. UNRUH:  That's correct.  They'll open a
14 subsequent checking account for an individual if they owe money
15 on a first checking account.  In fact, oftentimes, that's how
16 they get the debt or the deficit in the first account paid off.

17          THE COURT:  Does that give you the information you
18 need, what he just said, Mr. Lang?

19          MR. LANG:  Yes, your Honor.  That gives me better
20 information -- more information than I had.

21          THE COURT:  Okay.  Now, this --

22          MR. LANG:  That --

23          THE COURT:  Okay.

24          MR. LANG:  There's no difference.

25          THE COURT:  Here's what I'm going to do.  On requests

D

6

1 No. 6 through 8, what I'm going to suggest you do is that you
Page 5

032508x2[1]

2 specify for Mr. Unruh -- my advice is you do this in a letter
3 of some sort or an e-mail or however you're communicating.
4 "When I say the 2003 overdraft, this is specifically what I'm
5 referring to, this date," whatever, or if you want to give him
6 a document that points him to it. That's the way to do that.
7 And then the ball will then be in Mr. Unruh's court as far as
8 attempting to provide you with a further answer to those.

9        On questions 1 through 5, I'm going to consider the
10 interrogatory answers as having been supplemented by the
11 colloquy here in court between myself and Mr. Unruh, and I
12 think that at least for the time being, that's sufficient.

13        I mean, the motion to compel basically said, "I
14 didn't get any answers," and we've now gotten some answers or
15 they've been supplemented a little bit. So, anything beyond
16 that is going to need to be dealt with by another motion.

17        And here's my advice on that. It's not just advice.
18 It's a rule, actually. It's rule -- it's in Rule 26, and I
19 think it's also in Local Rule 37.2. If you go back and think
20 about it, you think -- and this is not unusual -- "You know
21 what, now that I think about it, what Mr. Unruh said in court
22 really doesn't answer the question at all. I need more
23 information," the first thing you need to do before filing a
24 motion is to send him a letter or confer with him and say,
25 "Hey, what you said wasn't enough. I need more, and this is

□

7

1 the kind of information I need."
2        In other words, you need to confer first before you
                                    Page 6

032508x2[1]

3 file a motion. Now, if you didn't get any interrogatories at
4 all, if they had really been late, I'm okay with that. But on
5 something regarding the level of detail or something like that,
6 I want you to confer with him before you come back in to me.
7 Okay?

8          MR. LANG: Yes. Your Honor, one question. Mr. Unruh
9 said generally that the bank, when they open an account with a
10 person that owe a debt, that's how they get their money. And I
11 just want to make sure that's what he said.

12          THE COURT: I think what he says is that oftentimes,
13 that's how it happens. In other words, if somebody opens an
14 account, if they owe money to the bank, if they open an
15 account, then perhaps the bank would then -- I don't know if
16 there's something in the normal account agreement or whatever
17 that would allow the bank to offset debts against monies that
18 are on deposit there. Frankly, it wouldn't be particularly
19 unusual.

20          MR. LANG: I mean, you know, it makes sense, and I
21 just want to make sure that's what I heard.

22          MR. UNRUH: That's my understanding, that they don't
23 have a policy regarding precluding a -- at the time in
24 question, they didn't have a policy precluding the subsequent
25 opening of an account by someone who owed money on an original

□

8

1 or an initial account. That's what I understand. And at
2 times, they use the monies deposited in a subsequent account to
3 offset any deficit that would have existed in that prior
Page 7

032508x2[1]

4 account.

5        I don't know if that happened in Mr. Lang's case, but
6 I'm saying that --

7        THE COURT:  But you're saying that sometimes it
8 happens?

9        MR. UNRUH:  Sometimes it happens, yeah.

10        MR. LANG:  That's good, your Honor.  One other
11 problem that I have, your Honor.  Your Honor, I'd like to -- I
12 need to file a motion, a 26(b) -- (c), protective order.
13 There's some issues that we discussed in discovery that's way
14 off base.  It's not reasonably calculated to discover
15 discoverable information.

16        THE COURT:  So, the same requirements about
17 conferring apply to that.  You should first talk to the lawyers
18 on the other side.  And I know there's more people than
19 Mr. Unruh.  I think there's at least one other lawyer,
20 Mr. Heilizer.

21        MR. UNRUH:  Washington Mutual's attorney, Judge.

22        THE COURT:  You need to discuss with him first the
23 point that you're making to me right now, in other words, "I
24 think that these areas are basically out of bounds.  They're
25 not relevant.  They're not calculated to lead to the discovery

□

9

1 of relevant evidence.  I want you to agree not to go into those
2 topics."

3        In other words, you confer about it first.  They'll
4 tell you their response.  Try to work it out.  If you can't

032508x2[1]

5 work it out, then you file a motion. And then you put in the
6 motion, "This is what we tried to do to work it out, and it's
7 not satisfactory for the following reasons, and this is why I
8 need a protective order."

9          MR. LANG: Thank you, your Honor. And if I have to
10 file the motion, your Honor, I'm requesting that you rule on it
11 over the phone, because I --

12          THE COURT: Do this. You'll need to remind me of
13 this. Because I know you're coming from out of town, and I
14 don't want to make you come in unnecessarily. You should put
15 in your motion -- in fact, what I would suggest that you do is
16 that you confer with the other side first and ask how long
17 they're going to want to respond to your motion. You put that
18 right in your motion, that the defendants want X number of days
19 to respond. If you want to file a reply, you put in there that
20 you want X number of days to reply.

21          And what I'll do is rather than making you come in,
22 I'll just enter that schedule, and then I'll rule on it by
23 mail.

24          MR. LANG: Thank you.

25          THE COURT: So, the motion to compel that's up today

⬜

10

1 is terminated as moot based on the discussion in open court.

2          MR. UNRUH: Thank you, Judge.

3          MR. LANG: Thank you very much.

4      (which were all the proceedings heard this date.)

5

Page 9

032508x2[1]

6                          CERTIFICATE

7

8          I hereby certify that the foregoing is a true and

9 correct transcript of the proceedings in the above-entitled

10 case.

11

12 _____          _____, 2008.

13 CHARLES R. ZANDI
   Official Court Reporter
14

15

16

17

18

19

20

21

22

23

24

25

United States District Court for the
Northern District of Illinois
Eastern Division

|  |  |  |
|---|---|---|
| Steven Lang | ) | Judge:  Hon Mathew F. Kennelly |
|  | ) |  |
| Plaintiff | ) | No. 06 c 1058 |
|  | ) |  |
| .v | ) |  |
|  | ) |  |
| TCF National Bank, | ) |  |
| and Washington Mutual Bank | ) |  |

### Plaintiff's First Response
### To Interrogatories of Defendant TCF National Bank

1. The Plaintiff is a second year law Student and has obtained a B.A. Degree.

2. The Plaintiff intends to seek damages for denial of financial services due to TCF's

inaccurate reporting. Damages include the Plaintiff's inability to cash checks for over a

year impeding the Plaintiff's ability to function in society.

3. JP Morgan Chase, 10 South Dearborn, Chicago Ill, and Fifth Third Bank, Chicago Ill

4. Stephen M. Lewis of JP Morgan Chase Bank- 111 Polaris Parkway Columbus, Oh

43240 and I plan on calling representatives from ChexSystems.

5. information unavailable at this time.

6. The Plaintiff does plan to present expert at trial but o not have all of the information at

this time. Plaintiff will provide that information when it becomes available.

7. Chex System's credit report and Bank denial letter

8. ChexSystem has no debt information available. May we suggest that you contact the

source of the information to determine whether or not a debt is owed?

9. JP Morgan Chase, 10 South Dearborn, Chicago Ill, and Fifth Third Bank, Chicago Ill

10. JP Morgan Chase, 10 South Dearborn, Chicago Ill, and Fifth Third Bank, Chicago Ill

11. JP. Morgan Chase, TCF Bank, and Washington Mutual Bank.

12. The account was closed for overdrafts but was reopened and continued in service until 2006.

13. At the time the account was closed in 2003 there was an overdraft. However, that overdraft was cured or should have been cured when the account was re-opened.

14. All accounts were paid at TCF in 2007.

15.TCF reported a balance left on my 2003 account in 2006 in their ChexSystems report. The ChexSystems report stated that "ChexSystems has no debt information available. May we suggest that you contact the source of the information to determine whether or not a debt is owed?.It is my contention that upon a request for investigation TCF bank Should have informed ChexSystems that the overdraft balance from 2003 had been cured.

16. I contacted ChexSystems on approximately October 6, 2005

17. There are no other documents at this time. However, if any become available I will forward.

Steven Lang

47 St Joseph Street

Fall River, MA 02723